JS-6

Bruce Bothwell, SBN 94790
LAW OFFICES OF BRUCE BOTHWELL
One World Trade Center, Suite 1860
Long Beach, CA 90831-1860
Telephone: (562) 435-0818
brucebothwell@yahoo.com

Attorneys for Plaintiffs KRISTOPHER BOYER and LEAH BOYER

Kimberly A. Smith, SBN 176659
ksmith@f3law.com
Stephanie Baril, SBN 259581
sbaril@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendant Manhattan Beach Unified School District

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KRISTOPHER BOYER and LEAH BOYER,<br><br>Plaintiffs,<br><br>vs.<br><br>MANHATTAN BEACH UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:16-cv-00230-MWF-PJW<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>*Filed Concurrently With Stipulation for Entry of Dismissal With Prejudice*<br><br>The Hon. Michael W. Fitzgerald<br><br>Trial Date:          None Set |

Based on the stipulation by and between plaintiffs KRISTOPHER BOYER and LEAH BOYER and defendant MANHATTAN BEACH UNIFIED SCHOOL DISTRICT, through their designated counsel, and good cause appearing, the Court hereby orders that:

1     The above captioned action is dismissed with prejudice.

2

3 IT IS SO ORDERED.

4

5 Dated: August 30, 2016

6                                    _____

7                                    Michael W. Fitzgerald
                                     United States District Judge

8

9

10 00145-00353/3315503.1